an attorney and counselor residing at Rochester, N. Y., to take proofs and report to the court with his opinion.

The People of the State of New York ex rel. Buffalo Gas Company, Appellant, v. The State Board of Tax Commissioners, Respondent.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

Herbert Tyner, Respondent, v. Theodore B. Basselin, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Probate of the Last Will and Testament of Harriette C. Armstrong, Deceased. Hortense P. Hartman, Appellant; Frederick W. Armstrong, Respondent.— Decree of Surrogate's Court reversed, upon questions of fact, with costs to appellant to abide event payable out of the estate, and a trial of the following issues of fact directed to be had, as provided by section 2588 of the Code of Civil Procedure, by and before a jury of the Supreme Court, at a Trial Term thereof, to be convened at Geneseo, in and for the county of Livingston, on the 1st Monday in May, 1910, to wit: 1. Was the execution of the alleged will of Harriette C. Armstrong, bearing date January 2, 1902, procured by fraud or deceit practiced upon her? 2. Was the execution of said alleged will procured by undue influence practiced upon her? 3. Was the execution of the codicil to said alleged will procured by fraud or deceit practiced upon said Harriette C. Armstrong? 4. Was the execution of the codicil to said alleged will procured by undue influence practiced upon her? All concurred, except Williams, J., who dissented, and voted for affirmance.

John Hatten, Respondent, v. Hyde-McFarlin Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Williams, J., who dissented, upon the ground that at the time of the accident the plaintiff was not engaged in the work of the defendant.

William N. D. Bird, Respondent, v. Albert G. Hatch, Appellant.— Judgment affirmed, with costs. All concurred.

Elizabeth S. Williams, Respondent, v. The City of Buffalo, Appellant.— Order affirmed, with costs. All concurred.

Maude Gordon Mullen, Respondent, v. The American Tobacco Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that as matter of law the defendant was not guilty of actionable negligence. All concurred.

Ida May Carter, an Infant, by George E. Carter, Her Guardian ad Litem, Respondent, v. The Village of Brockport, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented, upon the ground that the finding of the jury that the plaintiff was free from contributory negligence was contrary to and against the weight of the evidence.

Edward D. Chittenden, Respondent, v. Ellenor Chittenden, Appellant.—Interlocutory judgment affirmed, without costs, with leave to defendant to plead over within twenty days. All concurred.

John A. Squires and Albert E. Staley, Respondents, v. Conners Brothers Construction Company, Appellant.—Judgment affirmed, with costs. All concurred.

John Krazman, as Administrator, etc., of Frank Krazman, Deceased, Appel-